830

tioner *pro se.* *Acting Solicitor General Washington,* *Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 810. LACEY *v.* SANFORD, WARDEN. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 834. LEONARD *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Robert Bobrick* and *David H. H. Felix* for petitioner. *Acting Solicitor General Washington* and *Robert S. Erdahl* for the United States.

No. 845. MIGNOGNA *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 869. MILLER *v.* SANFORD, WARDEN. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 871. TURNER *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the Circuit Court of